SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdcso@hubslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca, | Case No. 3:14-cv-01379-CAB-JLB |
| Plaintiff, | |
| v. | Notice of Voluntary Dismissal |
| Office Depot, Inc. dba Office Depot #818; Wosk Levin Company, LLC, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Michael Rocca hereby voluntarily dismisses the above-captioned action, with prejudice, in its entirety as to all parties.

Dated: October 28, 2014          DISABLED ADVOCACY GROUP, APLC


                                  *s/  Scottlynn J Hubbard*
                                 SCOTTLYNN J HUBBARD IV
                                 Attorney for Plaintiff

1 <u>PROOF OF SERVICE</u>

2 STATE OF CALIFORNIA, COUNTY OF BUTTE

3   I, Scottlynn J Hubbard IV, am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

  On October 28, 2014, I caused the document(s) described as: NOTICE OF VOLUNTARY DISMISSAL to be served on the interested parties in this action as follows:

 On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number on this date, in the following manner:

  The following is a procedure in which service of this document was effected:

(xx )  ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.
(  )  OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).
(  )  FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.
(  )  PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  October 28, 2014

                    *s/   Scottlynn J Hubbard*
                    SCOTTLYNN J HUBBARD IV